**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Brown Lab Investments, LLC, Joel Katz and Andrea Katz v. Lane Moesser

Appellate case number:    01-16-00837-CV

Trial court case number:    2016-35154

Trial court:    190th District Court of Harris County

Appellants, Brown Lab Investments, LLC, Joel Katz and Andrea Katz have filed a "Motion of Non-Resident Attorneys, Hal J. Wood and Richard Z. Wolf, For Admission Pro Hac Vice."

Pursuant to Rule XIX of the Rules Governing Admission to the Bar of Texas, if a non-resident attorney seeks to participate in proceedings in Texas, "the non-resident attorney shall file with the applicable Texas court a written, sworn motion requesting permission to participate in a particular cause." The motion filed by appellants was not sworn. Moreover, the motion lacks a certificate of service and a certificate of conference. *See* TEX. R. APP. P. 9.5, 10.1(a)(5).

Accordingly, we DENY appellant's motion. Nevertheless, we will consider any sworn motions for admission that comply with Rule XIX and the Texas Rules of Appellate Procedure.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack _____

        ☒ Acting individually    ☐ Acting for the Court

Date: January 4, 2018 _____